300-15

COA # 08-12-00298-CR    OFFENSE: 22.02

STYLE: Robert Carver v. The State of Texas    COUNTY: Denton

COA DISPOSITION: AFFIRM    TRIAL COURT: 362nd District Court

DATE: 1/28/15    Publish: NO    TC CASE #: F-2010-1715-D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Robert Carver v. The State of Texas    CCA #: _____

_____PRO SE_____ Petition    CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_____Refused_____    JUDGE: _____
DATE: 05/13/2015    SIGNED: _____ PC: _____
JUDGE: Per Curiam    PUBLISH: _____ DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____